IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERROD MINER, :
    Petitioner,

v : CIVIL ACTION
    NO. 12-3861

MARIROSA LAMAS, ET AL. :
    Respondents.

## O R D E R

AND NOW, this 14th day of February, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and the Court having been advised that Respondents do not oppose the grant of conditional relief restoring Petitioner's opportunity to prosecute a direct appeal in his criminal case, IT IS HEREBY ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED; and

    2. The petition is GRANTED IN PART in that within 120 days of the date of this Order, the Court of Common Pleas of Philadelphia shall take such appropriate action under state law as would permit Petitioner to initiate a renewed direct appeal of his convictions in CP 51-CR-1007631-2004.

BY THE COURT:

/s/ C. Darnell Jones, II J.